UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON SEMLER, | CASE NO. 3:22-cv-05848 |
| Plaintiff, | ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff Shannon Semler filed this matter on November 1, 2022. Dkt. No. 1. On January 31, 2023, her attorney moved to withdraw. Dkt. No. 9. The Honorable Benjamin H. Settle granted the motion on February 21, 2023, and stayed the case for 90 days, until May 22, 2023, to allow Semler time to find a new attorney. Dkt. No. 10. Judge Settle also ordered the parties to file a joint status report by May 26, 2023. *Id.* On May 26, 2023, Defendant Unum Life Insurance Company filed a unilateral Status Report, stating that "Defendant has not been contacted by Plaintiff or by an attorney or other representative for the Plaintiff after February 21, 2023." Dkt. No. 12 at 1.

**ORDER** - 1

On November 17, 2023, this Court issued an Order to Show Cause, noting that Semler had "taken no action on the docket since her attorney withdrew on January 31, 2023" and instructing Semler to submit a "short statement to the Court… explaining why this case should not be dismissed for failure to prosecute. Dkt. No. 13. This statement was due within 30 days of the date of the Order. *Id*. The Court expressly stated that "[f]ailure to file this Response will result in dismissal of Semler's action." *Id*.

As of this date, Semler has submitted no response to the Court's Order. *See* Dkt. Plaintiff has taken no action on the docket since withdrawal of her attorney on January 31, 2023. *Id*. Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute.

It is so ORDERED.

Dated this 6th day of September, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2